IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:08CR393 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SCOTT RIEF, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to continue by defendant Scott Rief (Rief) (Filing No. 29). Rief seeks a continuance of the trial of this matter which is scheduled for April 13, 2009. Rief has submitted an affidavit wherein he represents that he consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act (Filing No. 60). Rief's counsel represents that government's counsel has no objections to the motion. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1.   Rief's motion to continue trial (Filing No. 29) is granted.

2.   Trial of this matter is re-scheduled for **May 18, 2009,** before Chief Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **March 24, 2009 and May 18, 2009,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendants' counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 24th day of March, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge